1  Brendan W. Brandt, SBN 150603
   Angelica A. Samaniego, SBN 235423
2  VARNER & BRANDT LLP
   3750 University Avenue, Suite 610
3  Riverside, CA 92501
   Telephone: (951) 274-7777
4  Facsimile: (951) 274-7770

5  Attorneys for Defendant,
   BISCOMERICA CORPORATION

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11  TROY BACKUS, on behalf of himself and     ) CASE NO. 3:16-CV-03916-HSG
    others similarly situated,                 )
12                                             ) **REQUEST FOR JUDICIAL NOTICE**
                   Plaintiff,                  )
13                                             ) Date:   September 22, 2016
          vs.                                  ) Time:  2:00 p.m.
14                                             ) Courtroom: 10, 19th Floor
    BISCOMERICA CORPORATION                    )
15                                             ) (Motion to Dismiss Filed Concurrently
                                               ) Herewith)
16                 Defendant.                  )
                                               ) Complaint Filed:  July 12, 2016
17  _____)

18

19  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20         Pursuant to Rule 201 of the Federal *Rules of Evidence*, defendant, Biscomerica Corp.,

21  requests that the Court take judicial notice of the following matters, copies of which are attached

22  hereto as Exhibits 1, 2 and 3.

23         1.     Opinion by Judge William Alsup, July 15, 2016, in *Backus v. ConAgra, Inc.,* Case

24  No. C-16-00454 WHA (2016 WL 3844331), pending in the Northern District of California.

25         2.     Opinion by Judge Maxine Chesney, March 8, 2016, in *Backus v. Nestle USA, Inc.*,

26  Case No. C-15-1963 MMC, (2016 WL 879673), Northern District of California.

27  ///

28  ///

                                  1

1      3.      Opinion by Judge William Alsup, July 15, 2015, in *Guttmann v. Nissin Foods,*

2  *Inc.*, Case No. C 15-00567 WHA (2015 WL 4309427), Northern District of California.

3

4  DATED: August 2, 2016                    VARNER & BRANDT LLP

5

6                                          By: _/s/ Brendan W. Brandt_____
                                               Brendan W. Brandt
7                                              Angelica A. Samaniego
                                               Attorneys for Defendant,
8                                              BISCOMERICA CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE**
**STATER OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3750 University Avenue, Suite 610, Riverside, California 92501.

On the below date, I electronically filed the **REQUEST FOR JUDICIAL NOTICE** with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System under the above referenced case caption and number on this date in the following manner:

**BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM**

1.      In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) below, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF System.

2.      Pursuant to F.R.Civ.P.5 and/or controlling LBR, on August 1, 2016, I served the following persons and/or entities by overnight mail service as follows.  Listing the judge here constitutes a declaration that overnight mail to the judge will be completed no later than 24 hours after the document is filed.

Honorable Haywood S. Gilliam, Jr.                    David Elliot
U.S.D.C. - Northern District                         The Weston Firm
San Francisco Courthouse                             1405 Morena Boulevard, Suite 201
450 Golden Gate Avenue                               San Diego, California 92110
San Francisco, California 94102                      email: david@westonfirm.com
Email: for Proposed Orders
HSGpo@cand.uscourts.gov

Gregory Weston
The Weston Firm
1405 Morena Boulevard, Suite 201
San Diego, California 92110
email: greg@westonfirm.com

[X]      **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 2, 2016, at Riverside, California.

*/s/ Jeanette Cuevas*
Jeanette Cuevas

3

**REQUEST FOR JUDICIAL NOTICE**