UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS,<br>　　　　Plaintiff,<br>　　v.<br>BISCOMERICA CORPORATION,<br>　　　　Defendant. | Case No. 16-cv-03916-HSG<br><br>**ORDER STAYING CASE**<br>Re: Dkt. No. 34 |

Pending before the Court is Plaintiff Troy Backus' ("Plaintiff") administrative motion to stay this action. Dkt. No. 34. Defendant Biscomerica Corporation ("Defendant") opposes the motion. Dkt. No. 36. Plaintiff's motion is based on the fact that two other cases that are fully briefed and pending before the Ninth Circuit involve substantially similar issues to those raised in this case. *See* Dkt. No. 34. Those cases are *Hawkins v. The Kroger Company*, Case No. 16-55532 (9th Cir.) and *Hawkins v. AdvancePierre Foods, Inc.*, Case No. 16-56697 (9th Cir.). Having reviewed the parties' papers and the issues raised in the cases on appeal, the Court finds that staying the above-captioned case pending resolution of the *Hawkins* actions could significantly narrow the issues in this case, conserve judicial resources, and avoid unnecessary legal expense. The Court therefore **STAYS** this action in its entirety pending a decision in those actions by the Ninth Circuit. In the interim, if either side seeks relief from the stay for any purpose, they should do so via a formal motion. The parties are directed to submit a joint status report on the progress of the aforementioned appeals by September 20, 2017.

**IT IS SO ORDERED.**

Dated: 6/22/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge