UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS,<br><br>    Plaintiff,<br><br>v.<br><br>BISCOMERICA CORPORATION,<br><br>    Defendant. | Case No. 16-cv-03916-HSG<br><br>**JUDGMENT** |

    Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss, This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 10th day of May, 2019.

Susan Y. Soong
Clerk of Court

By: _____
    Nikki D. Riley
    Deputy Clerk to the Honorable
    HAYWOOD S. GILLIAM, JR.